PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## United States District Court

FOR THE DISTRICT OF

NEVADA

UNITED STATES OF AMERICA

v.                                                                      Crim No. 3:16CR00013

Juan Pablo Arcadia

On November 6, 2019 the above named was placed on supervised release for a period of five (5) years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. The U.S Attorney's Office has no opposition to Arcadia's early termination due to his maintained compliance on supervised release thus far. It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

*Briana Casey*
Digitally signed by Briana Casey
Date: 2023.09.25 08:38:32 -07'00'

Briana Casey
United States Probation Officer Assistant

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 27th day of September 2023

Howard D. McKibben
Senior United States District Judge